# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>       v.<br><br>SERGIO MORENO, et al.,<br><br>            Defendants. | Case No.  1:16-cv-01351-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY JANUARY 18, 2017<br><br>(ECF No. 16) |

On December 19, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED; and

2.    The parties shall file dispositional documents on or before January 18, 2017.

IT IS SO ORDERED.

Dated:   **December 20, 2016**

UNITED STATES MAGISTRATE JUDGE

1